(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Lydon McCann-McCalpine
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Delaware Lottery
Bally Corporation  Bally's Dover Race and Sportsbooks
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. **23-1458**
*(To be assigned by Clerk's Office)*

**COMPLAINT**

(Pro Se)

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.     PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: McCann-McCalpine Lydon K
Name (Last, First, MI)

433 Northdown dr
Street Address

Kent County Dover       DE       19904
County, City            State    Zip Code

516-643-9843            Lydon.McCalpine1@icloud.com
Telephone Number        E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Delaware Lottery Office
Name (Last, First)

1575 McKee rd suite 102
Street Address

Kent County Dover       DE       19904
County, City            State    Zip Code

Defendant 2: Bally Corporation
Name (Last, First)

1131 N Dupont Hwy
Street Address

Kent County Dover       DE       19904
County, City            State    Zip Code

**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Street Address

_____
County, City                    State           Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City                    State           Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____
_____
_____
_____

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

All defendants live in this state and a substantial part of the events I'm suing about happened in this district.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Bally's Dover Race & Sportsbook

Date(s) of occurrence: 12/21/2023

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:** (What happened to you?)

Delaware Lottery, and Bally's of Dover is misrepresenting the products they offer which is a violation of the consumer protection act. Delaware Lottery offers the traditional standard method of placing sports bets where players can wager on skilled sports with the potential of win money or losing money. Delaware Lottery is running a scam where they display the

(Del. Rev. 11/14) Pro Se General Complaint Form

values for each team you pick giving a fraudulent expectation of a certain outcome depending on which team you pick. The Lottery is running a scam with Bally sportsbook where they are shaving money off the bettors maxium potential profit. This fraudulent activity goes unnoticed for years scamming players out of hundreds of millions of dollars. The computer program the lottery and casino uses puts a glitch in random tickets where the true value isnt paid after picking teams/sports valued at market price. When selecting the parlay services offered you have to pick multiple teams to recieve payouts that are calculated off market odds. Delaware Lottery along with Bally Casino are running a racketering fraudulent scam where they are keeping a huge portion of the players winnings to offset theyre loses and wins. This fruadulent system set up tricks the player into thinking they are getting there calculated payout rounded out to the nearest cents. But in reality the lottery is taking a unjustified portion of the winning tickets because players arent noticing. Due to being a experienced sportsbook client in Dozens of states I notice the scams ran by the Delaware Lottery and Ballys Dover sportsbook. I notice that my winning tickets werent paying out the true value or close to the true value due to the scamming system that makes random big portion of your profit disapear

**Was anyone else involved?**

without any of the workers or staff having an explanation. When I showed staff Zachery of Bally's my fraudulent payout printed on the receipt (ticket) he checked all my value on the ticket and confirmed the ticket was missing well over $1000 of profit that could not be justified. He called the main office and they couldn't give a reason for the huge portion of money owed missing. He tried to tell me that they use a different system of odds than other states. I told him that's misleading and scamming customers (casino) out of true profit giving them a outlet where they don't take a lose because the system is shaving winnings off and giving it back to the casino. This scam puts the Lottery of Delaware and Casino's at a position of never losing. The system steals money from current new and old players. I have placed thousands of tickets since Delaware Lottery has been offering self-checkout and window service for parlay tickets. Delaware Lottery and Bally Casinos in Delaware have caused me pain and suffering by advertising and displaying parlay systems that are altered and robbed me and hundreds and thousands of players of money owed when tickets were cashed in. This scam is unjustifiable and it shows when sportsbook workers don't have a answer for tickets missing way to much money owed. The Delaware Lottery and Casino know they are false advertising the services they offer because they display each team at a valued market price.

**Who did what?**

Page **6** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

This has caused me financial hardship and emotional distress from being scanned by a for profit business who knows you deemed to let them win of your money risked without telling you. This money is hard earned and should not be taken by scams designed to get my money win or lose.

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ 500,000,000

☐ Other (explain):

Freeze all sports betting in delaware lottery until investigation on scam is done

## VII.  CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

12/21/23
Dated

Plaintiff's Signature

McCann-McCalpin    Lydon  K
Printed Name (Last, First, MI)

433  Northdown dr       Dover              DE       19904
Address                 City                State    Zip Code

516-643-9843                          Lydon.McCalpine1@icloud.com
Telephone Number                      E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**