IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYDON MCCANN-MCCALPINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 23-1458-CFC |
| ) | |
| DELAWARE LOTTERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**SCREENING ORDER**

AND NOW, at Wilmington, on this Thirteenth day of June in 2025, having screened *pro se* Plaintiff Lydon McCann-McCalpine's Third Amended Complaint (D.I. 14), pursuant to 28 U.S.C. § 1915(e)(2)(B);

WHEREAS the April 21, 2025 Order (D.I. 13) dismissed Plaintiff's Second Amended Complaint (D.I. 9) without prejudice and granted Plaintiff leave to amend to cure the deficiencies discussed in the adopted Report and Recommendation (D.I. 12);

WHEREAS the Report and Recommendation explained that Plaintiff had not established federal question jurisdiction because Plaintiff cannot lead a class action as a *pro se* non-attorney proceeding *in forma pauperis* (*see id.* at 3-5);

WHEREAS the Report and Recommendation explained that Plaintiff had not established diversity jurisdiction both because he had not alleged the citizenship of

Defendant Bally's Corporation and because the facts alleged did not show an amount-in-controversy exceeding $75,000 (*see id.* at 5-6);

WHEREAS the Third Amended Complaint does not purport to be a class action lawsuit, but it nevertheless asserts that Plaintiff brings this action individually and "of similarly situated consumers, nationwide and in Delaware" (D.I. 14 at 1);

WHEREAS the Third Amended Complaint, like the Second Amended Complaint, does not allege the citizenship of Defendant Bally's Corporation (*compare* D.I. 9 at 6, *with* D.I. 14 at 6); and

WHEREAS the Third Amended Complaint, like the Second Amended Complaint, only alleges facts to support a finding of $1,000 in controversy (*compare* D.I. 9 at 9-12, *with* D.I. 14 at 9-12);

NOW THEREFORE, it is HEREBY ORDERED that Plaintiff's Third Amended Complaint (D.I. 14) is **DISMISSED without prejudice** for lack of jurisdiction;

It is FURTHER ORDERED that further leave to amend is **DENIED**, as the Third Amended Complaint shows amendment is futile; and

It is FINALLY ORDERED that this case is **CLOSED**.

_____
Chief Judge